FILED

2016 Sep-28 PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

### APPLICATION UNDER SECTION 706 (f) OF CIVIL RIGHTS ACT OF 1964

Declaring that the information I have given below is true and correct, I apply to this court

for:

( ) appointment of an attorney.          CV-16-JEO-1564-S

(X) authority to commence an action without prepayment of fees, costs, or security.

### 1. Personal and Financial Data

Your full name and present mailing address:

Julius Powell III

1722 Teakwood Lane

Birmingham, Alabama

Telephone (if any): 205 515 1468

Are you presently employed?    Yes ✓    No _____

If the answer is "yes", give the name and address of your employer and the amount of your

usual weekly salary or wages.    State of Alabama
Alabama Board of Pardons + Paroles
301 South Ripley Street
Montgomery, Alabama

Weekly earnings: $ $913.50

If you are not presently employed, give the name and address of your last employer, when

you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: _____

Weekly earnings:  $ _____

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?

$63,000.00

as interest, dividends, rents, or investment income of any kind?

N/A

as gifts or inheritance?

N/A

from social security, unemployment compensation, or any form of state or federal welfare

payments or benefits?

N/A

from pensions, annuities, workmen's compensation, disability or other insurance policies?

from all other sources?

N/A

How much money do you own or have in any checking or saving accounts? _____

$8,000.00

Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? _Yes,_____

_three vehicles / 1997 Ford Pick-up,_____

If the answer is "yes", describe the property and state its approximate value: _____

_Ford F150 Pick-up 1997 - $2,500.00_

_Toyota Avalon 2011 - $10,000.00_

_Jeep 2011 $10,000.00_

How much money do you owe to others?

_____

As to each debt over $100, state the name of the creditor and the approximate amount owed:

_N / A_

List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

_Emily N. Powell - Father_

_Joshua Powell - Father_

Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?....... Yes _✓_  No ___

If the answer is "yes", give the following information for each such person:

Name _Sandra F. Powell_

Relationship _Wife_

Employer _UAB Hospital_

Weekly earnings $ _1,000.00_ per

Name _____

Relationship _____

Employer _____

Weekly earnings $ _____

Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_No_

_____

_____

_____

_____

(Attach additional sheets as needed)

## Nature of Alleged Discrimination

Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.

_Alabama Board of Pardons and Paroles did not pay me at higher rate._

even though I had 22 years of prior law enforcement experience and was a certified law enforcement at the time of my hire. I was informed that some younger officers were paid based on their experience. See complaint

Have you filed with the Equal Employment Opportunity Commission (EEOC) a Charge relating to such practices?........ Yes ___✓___ No _____

If "yes", attach a copy of each such Charge.

Have you received from the EEOC a letter notifying you of your right-to-sue respecting such Charges? ........... Yes ✓___ No _____

If "yes", attach a copy of such letter and notice, and state when you received the same.

Date Received: ___6/29/16___

Have you received from the EEOC a copy of its Determination with regard to your Charges? Yes ___✓___ No ___

If "yes", attach a copy of such Determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why.

Have not reviewed any findings or conclusions

Any other informational you desire to disclose which supports your claim of discriminatory employment practices.

Not at this time

(Attach additional sheets as needed)

## Efforts to Obtain Attorney

(To be completed if requesting appointment of an attorney)

Have you talked with any attorney about handling your claim? Yes ___ No ___

If "Yes", give the following informational about each attorney with whom you talked:

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc):_____

Attorney:

_____

_____

_____

_____

**Where:** _____How (by telephone, in person, etc)

**Why attorney was not employed to handle your claim:**

**Attorney:**

_____

_____

_____

_____

**When:** _____

**Where:** _____

**How:** _____

**Why attorney was not employed to handle your claim:** _____

_____

_____

**Explain any other efforts you have made to contact an attorney to handle your claim.**

_____

_____

_____

_____

**Any other information which supports your application for the court to appoint an attorney**

for you: _____

_____

_____

_____

**Name and address of each attorney who has represented you in the last 10 years for any**

**purpose:**_____

_____

_____

_____

**(Attach additional sheets as needed)**

**Attestation and Signature**

Under penalty of perjury I declare that the information given on the preceding ___ pages

is true and correct.

Dated: ___9/21/16___    _____

**SIGNATURE**

**WITNESSES:**

_____

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Julius Powell, III<br>1722 Teakwood Lane<br>Birmingham, AL 35235 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No.<br><br>420-2013-02554 | EEOC Representative<br><br>Debra Powell,<br>Investigator | Telephone No.<br><br>(205) 212-2085 |
|---|---|---|

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                JUN 2 8 2016

Enclosures(s)

**Delner Franklin-Thomas,**                (Date Mailed)
**District Director**

cc:     **State of Alabama Board of Pardons and Paroles**
        **c/o Meridith H. Barnes, Chief Legal Counsel**
        **P.O. Box 302405**
        **Montgomery, AL 36130-2405**

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 420-2013-02554 |
| | | and EEOC |

_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Julius Powell, III** | (205) 856-9385 | 11-26-1961 |

Street Address                                    City, State and ZIP Code

**1722 Teakwood Lane, Birmingham, AL 35235**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **STATE OF ALABAMA PROBATION & PAROLE** | 201 - 500 | (205) 594-4334 |

Street Address                                    City, State and ZIP Code

**213 - 6th Avenue, Ashville, AL 35953**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                                    City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | 11-01-2011      07-29-2013 |
| ☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 51 year old retired police officer who was hired by the State of Alabama Board of Pardons and Paroles on November 1, 2011. At the time of my hire, I began employment as a Step 4. I recently learned other officers, who were not retired, were hired in at higher pay rates. I filed a complaint about how the State set my rate of pay. The State determined my grievance was unfounded. The State regulations dictated that retired former law enforcement officers begin employment at Step 4, along with other new hires. However, had I not been retired, I could have been brought in up to a maximum salary of Step 12.

I believe the State is discriminating against retired police officers who are over 40 when they are hired by limiting their pay in violation of the Age Discrimination in Employment Act of 1967, as amended. Younger, non retired police officers do not have their pay limited upon hire.

I believe that I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  RECEIVED EEOC |
| Jul 29, 2013           _Julius Powell III_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)   JUL 29 2013 |
| Date           Charging Party Signature | BIRMINGHAM DISTRICT OFFICE |

# UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

September 19, 2016

TO:    Julius Powell, III
       1722 Teakwood Lane
       Birmingham, AL 35235

This is in response to your inquiry today about a lawsuit you may wish to bring under one or more of the federal civil rights acts. Under some of these laws, the court is, upon application by a complainant, permitted to appoint an attorney for the applicant and to allow commencement of the action without prepayment of fees, costs, or security.

Any such application is, at the direction of this court, to be in writing and is to be filed with this office. Attached for your convenience is a form that can be used for this purpose.

Appointment of an attorney and waiver of prepayment of fees are granted only in such circumstances as the court may deem to be just. While there are no rigid requirements governing such requests, the court does consider such matters as the financial condition of the applicant, the substantiality of the claimed discrimination, and, on a request to appoint counsel, the efforts taken by the applicant to employ an attorney. Accordingly, any application you file should state fully the facts and reasons why in your opinion, your request should be granted.

You are cautioned that any lawsuit under Title VII to be brought by you, or on your behalf, MUST BE FILED WITHIN 90 DAYS after receipt by you of the EEOC's "right to sue" notice. A delay on your part in filing an application for appointment of an attorney or for waiver of prepayment of fees may result in loss of rights under Title VII.

If you need additional copies of the form of application, assistance in preparing the application, or further information, please advise this office.

Yours very truly,

SHARON HARRIS, CLERK

Hand delivered to addressee
with indicated attachment

By: _____
       Deputy Clerk

xc:    Suspense File

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  Julius Powell, III
1722 Teakwood Lane
Birmingham, AL 35235

From:  **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street**
**Birmingham, AL 35205**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **420-2013-02554** | **Debra Powell,**<br>**Investigator** | **(205) 212-2085** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Delner Franklin-Thomas,
District Director

JUN 2 0 2016

(Date Mailed)

Enclosures(s)

cc:  **State of Alabama Board of Pardons and Paroles**
**c/o Meridith H. Barnes, Chief Legal Counsel**
**P.O. Box 302405**
**Montgomery, AL  36130-2405**

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 420-2013-02554 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Julius Powell, III** | **(205) 856-9385** | **11-26-1961** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1722 Teakwood Lane, Birmingham, AL 35235** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **STATE OF ALABAMA PROBATION & PAROLE** | **201 - 500** | **(205) 594-4334** |

| Street Address | City, State and ZIP Code |
|---|---|
| **213 - 6th Avenue,  Ashville, AL 35953** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: **11-01-2011**   Latest: **07-29-2013** |
| ☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 51 year old retired police officer who was hired by the State of Alabama Board of Pardons and Paroles on November 1, 2011. At the time of my hire, I began employment as a Step 4. I recently learned other officers, who were not retired, were hired in at higher pay rates. I filed a complaint about how the State set my rate of pay. The State determined my grievance was unfounded. The State regulations dictated that retired former law enforcement officers begin employment at Step 4, along with other new hires. However, had I not been retired, I could have been brought in up to a maximum salary of Step 12.

I believe the State is discriminating against retired police officers who are over 40 when they are hired by limiting their pay in violation of the Age Discrimination in Employment Act of 1967, as amended. Younger, non retired police officers do not have their pay limited upon hire.

I believe that I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State end Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jul 29, 2013      *[Charging Party Signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)   JUL 29 2013 |
| Date          Charging Party Signature | **BIRMINGHAM DISTRICT OFFICE** |

RECEIVED EEOC